[No. 9840-7-II. Division Two. March 30, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
ANTHONY AVERITT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-01744-9, Nile E. Aubrey, J., entered March 27, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

[Nos. 9301-4-II; 9243-3-II. Division Two. March 30, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JACOB HOLMEIDE, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00188-8, Robert L. Charette, J., entered October 7, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Worswick, JJ.

[No. 10144-1-II. Division Two. March 30, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN M. BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00300-7, David E. Foscue, J., entered July 14, 1986. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.